**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **HELEN R. ALEXANDER GRAY,** Petitioner, v. **UNITED STATES OF AMERICA,** | Case No. 7:95-CR-23 (HL) |

**ORDER**

Before the Court is the Report and Recommendation of Magistrate Judge Thomas Q. Langstaff (Doc. 177) addressing Petitioner Helen Alexander Gray's Motion under § 2255 (Docs. 172, 176). The Court has considered Petitioner's Motion, the Magistrate Judge's Recommendation, and Petitioner's Objections (Doc. 179). After review, the Court agrees with the Recommendation of the Magistrate Judge dismissing the case. Petitioner's § 2255 Motion is not timely filed and therefore the case must be dismissed. The Report and Recommendation is adopted and made order of the Court.

Further, there is no evidence on the record of any substantial showing of the denial of a constitutional right. Thus, a certificate of appealability is denied. *See* Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

**SO ORDERED**, this 24th day of April, 2013.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

ebr